```
              IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF NEBRASKA

WEINSTEIN, INC.,                )
                                )
            Plaintiff,          )       8:11CV163
                                )
      v.                        )
                                )
MAIN ST. PROPERTIES, LLC,       )       ORDER
                                )
            Defendant,          )
                                )
      and                       )
                                )
UNITED STATES OF AMERICA,       )
                                )
            Intervenor.         )
_____)
```

This matter is before the Court on intervenor's motion to strike (Filing No. 10). No response has been made to said motion, and the Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion to strike is granted; plaintiff's complaint for restitution is stricken. This action is dismissed with prejudice.

DATED this 22nd day of August, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court